IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-180-H

UNITED STATES OF AMERICA :
:
v. :
:
DEBORAH ROSE MCFADDEN :

### ORDER OF FORFEITURE

Defendant Deborah Rose McFadden Doe pled guilty to Counts One, Two and Twelve of the Indictment, which charged Defendant McFadden with violating Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire and Bank Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), and 18 U.S.C. § 1028A (Aggravated Identity Theft). In her Plea Agreement, the Defendant agreed that she personally obtained at least $326,327.00 in proceeds from the conspiracy to commit wire fraud, bank fraud, and money laundering offenses, and further stipulated that she had by her own acts or omissions made the proceeds unavailable, and that one or more of the conditions to forfeit substitute assets exists, as set forth in Title 21, United States Code, Section 853(p).

Having considered the plea agreement, the record as a whole, and the applicable law, the Court issues the following orders:

1

1. It is ORDERED that all property, real or personal, which constitutes or is derived from proceeds traceable to Defendant's violations of Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire and Bank Fraud) and 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), is forfeited to the United States.

2. It is ORDERED that the United States is entitled to forfeit substitute assets equal to the value of the proceeds obtained by Defendant McFadden as a result of her violations of Title 18, United States Code, Sections 1349 and 1956(h), and that such substitute assets shall not exceed the value of the proceeds Defendant obtained of $326,327.00.

3. It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part.

4. It is further ORDERED that any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This 11 day of Sept, 2018.

MALCOLM J. HOWARD
Senior United States District Judge