# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Deborah Rose McFadden**　　　　　　　　　　　Docket No. 5:17-CR-180-1M

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deborah Rose McFadden, who, upon an earlier plea of guilty to **Count 1**: Conspiracy to Commit Wire and Bank Fraud, in violation of 18 U.S.C. § 1349, 18 U.S.C. § 1343, and 18 U.S.C. § 1344; **Count 2**: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 1956(a)(1); and **Count 12**: Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. § 1028(A)(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 11, 2018, to the custody of the Bureau of Prisons for a total term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On June 15, 2021, the defendant's case was reassigned to the Honorable Richard E. Myers II, Chief U.S. District Judge.

Deborah Rose McFadden was released from custody on September 14, 2023, at which time the term of supervised release commenced in the District of South Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 23, 2023, the defendant's supervising officer submitted a letter to our office requesting that a petition for modification be submitted to the court recommending that McFadden's terms of supervised release be modified to include mental health treatment. Specifically, it was noted that the defendant lost her eyesight during her incarceration in the Bureau of Prisons and, as a result, she began receiving mental health treatment to assist her with her impairment while incarcerated. It was further reported that McFadden has expressed interest in continuing mental health treatment since her release to help cope with the new struggles of her health condition as well as her adjustment to a new environment. The defendant signed a Waiver of Hearing agreeing to modify her supervision to include the condition noted below.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The defendant must take all mental health medications that are prescribed by the treating physician. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (provider, location, modality, duration, intensity). The defendant shall contribute to the cost of such program not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's Sliding Scale for Services, and the defendant shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

Deborah Rose McFadden
Docket No. 5:17-CR-180-1M
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: January 22, 2024

**ORDER OF THE COURT**

Considered and ordered this 23 day of January, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge